George Heyen et al., trading as Heyen Bros., Appellees, v. Cleveland, Cincinnati, Chicago and St. Louis Railway Company, Appellant.

### (Not to be reported in full.)

Appeal from the Circuit Court of Macoupin county; the Hon. JAMES A. CREIGHTON, Judge, presiding. Heard in this court at the April term, 1913. Reversed. Opinion filed October 16, 1913.

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.

### Statement of the Case.

Action by George Heyen, William Heyen and Albert Heyen, partners, doing business under the firm name of Heyen Bros., against Cleveland, Cincinnati, Chicago and St. Louis Railway Company to recover damages for loss of cattle while being shipped to plaintiffs over defendant's railroad. From a judgment in favor of plaintiffs for $368.40, defendant appeals.

GEORGE B. GILLESPIE, for appellant.

R. J. CARY, BELL & BURTON, SHEPHERD & TROGDON and GILLESPIE & FITZGERALD, of counsel.

ALFRED A. ISAACS and TRUMAN A. SNELL, for appellees.

MR. PRESIDING JUSTICE PHILBRICK delivered the opinion of the court.

### Abstract of the Decision.

CARRIERS, § 235*—*when not liable for failure to unload stock during a severe snowstorm.* In an action against a railroad for damages to a shipment of cattle consigned to plaintiff alleged to have been caused by failure of defendant company to unload the stock after defendant's train was stalled in a snowdrift during a severe snowstorm, evidence *held* insufficient to sustain a judgment for plaintiff, it appearing that after the train was stalled in the snow it was impossible to either unload or move the stock, and the record disclosing that the storm was of such a character as not to have been reasonably anticipated and therefore must be held to be an act of God, for which the defendant company was not responsible.

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.